In the matter of the estate of SARAH A. COOKE, deceased, upon the appeal of William B. Beam from the decree of the orphans court of the county of Passaic, allowing the final account of Paterson Safe Deposit and Trust Company.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *96 N. J. Eq. 589.*

*Mr. D. Eugene Blankenhorn,* for the appellants.

*Messrs. Griggs & Harding,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.